UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TAVARIS LEE,

    Plaintiff,

v.                            CASE NO.  3:15cv129/MCR/EMT

C. BLACKMON
and J. LANGFORD,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated January 22, 2016.  ECF No. 36.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendants' motion for summary judgment, ECF No. 22, is **GRANTED** as to Plaintiff's federal claims.

3. Plaintiff's state law claims are **DISMISSED without prejudice** to his pursuing them in state court;

4. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 24th day of February 2016.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**